FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 26 2009

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLEVELAND GATTIS                                                                    PLAINTIFF

VS.                          NO. 3:08-CV-00058 WRW

SOUTHLAND RACING CORPORATION                                      DEFENDANT

## PROTECTIVE ORDER

In response to plaintiff's discovery requests, defendant Southland Racing Corporation has agreed to disclose to plaintiff's attorney, Tom Donaldson, certain employment information of defendant's employees other than plaintiff. To protect this defendant's proprietary rights and the privacy rights of its employees whose employment information is disclosed in this case, and because the parties have agreed to the entry of this order, it is therefore:

ORDERED that the information relating to defendant's employees other than plaintiff provided to plaintiff's attorney shall be used only for proper purposes directly related to the trial of this lawsuit; that the documentation so provided shall not be in possession of the plaintiff without permission of the Court; that neither the plaintiff nor his attorney, nor anyone acting for or on their behalf shall, in any manner, directly or indirectly, transfer or communicate any of the information or documentation obtained to any person except for any necessary and proper purposes directly related to the trial of this action; that any person to whom such necessary communication is made shall be bound by the terms of this Order; and that plaintiff's counsel shall provide a copy of this Order to all persons who are in receipt of such necessary communication.

798660-v1

Dated this 26th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

Date: 1/26/2009

APPROVED AS TO FORM:

Tom Donaldson
Donaldson & Donaldson, PLC
P.O. Box 949
Marion, Arkansas 72364
(870) 739-2588
Fax: (870) 739-4403

By _____
Tom Donaldson
Attorney for Plaintiff Cleveland Gattis

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
Fax: (501) 376-9442
Email: wjackson@wlj.com
    mkaemmerling@wlj.com
    jkim@wlj.com

By _____
William Stuart Jackson (92189)
Michelle M. Kaemmerling (2001227)
Jane A. Kim (2007160)
Attorneys for Southland Racing Corporation